UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HANSEN,<br><br>          Plaintiff,<br><br>     vs.<br><br>P. NKWOCHA,<br><br>          Defendant. | 1:15-cv-01665-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(ECF No. 16.) |

On September 22, 2016, defendant Nkwocha ("Defendant") filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies. (ECF No. 16.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendant's motion for summary judgment. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

   Dated:   **December 15, 2016**          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE